NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER WEBSTER,           )
                               )
            Appellant,         )
                               )
v.                             )          Case No. 2D17-599
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


            Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.